✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 07mj2589

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ARMANDO RAMOS-HERRERA

I certify that I am admitted to practice in this court.

11/7/2007
Date

/s/ ERICA K. ZUNKEL
Signature

Erica K. Zunkel/Federal Defenders of SD — 229285
Print Name — Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 — (619) 687-2666
Phone Number — Fax Number

Print | Save As... | Export as FDF | Retrieve FDF File | Reset